DISTRICT COURT OF APPEAL OF FLORIDA
SECOND DISTRICT

_____

TYRONE T. SINGLETARY,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

No. 2D2024-0927

_____

August 9, 2024

Appeal pursuant to Fla. R. App. P. 9.141(b)(2) from the Circuit Court for Pinellas County; Philip J. Federico Judge.

Tyrone T. Singletary, pro se.


PER CURIAM.

    Affirmed.

SLEET, C.J., and KELLY and KHOUZAM, JJ., Concur.

_____

Opinion subject to revision prior to official publication.